IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARY SKIPPER**                                                                                        **PLAINTIFF**

**VS.**                      **CASE NO. 3:10CV00294 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                              **DEFENDANT**

### JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this __6__ day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

1